# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ORTHOARM, INC.,
                    Plaintiff,

        v.                                    Case No. 06-CV-532

AMERICAN ORTHODONTICS, CORP.,
                    Defendant.

# ORDER RETURNING CASE

        This court conducted a settlement conference in this action on July 10, 2007. Following the

conference, the parties and the court agreed to hold the mediation "open ended" to allow the parties to

continue settlement discussions and relay the status of those discussions to the court. Now, based upon

the representation of the parties that despite their sincere attempts to resolve this matter an agreement

has not been reached,

        IT IS ORDERED that the case is returned to the Hon. Charles N. Clevert, Jr. for further

proceedings.

        SO ORDERED.

        Dated at Milwaukee, Wisconsin, this 17th day of August, 2007.

                                    BY THE COURT:

                                    s/AARON E. GOODSTEIN
                                    United States Magistrate Judge